UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LOUIS ARCENEAUX
and CATHERINE ARCENEAUX                                                    PLAINTIFFS

V.                                                        CIVIL ACTION NO.1:06CV317 LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY
and JAMES KELLY CANNON                                                     DEFENDANTS

### ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' Motion [11] To Remand is hereby **DENIED**;

That the motions of James Kelly Cannon [9] To Dismiss and the Amended Motion [40] To Dismiss are hereby **GRANTED**;

That James Kelly Cannon is hereby **DISMISSED** as a defendant in this action; and

That this dismissal shall be without prejudice to the right of the plaintiffs to seek relief against James Kelly Cannon by proceedings in an appropriate forum.

**SO ORDERED** this 21st day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE